UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JULIO ENRIQUE MERCADO,

       Petitioner,

v.

SHIRLEE HARRY,

       Respondent.

_____/

Case No. 1:17-cv-989

Honorable Paul L. Maloney

## **ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: _November 27, 2017         /s/ Paul L. Maloney
                                                             Paul L. Maloney
                                                             United States District Judge