UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JULIO ENRIQUE MERCADO,

       Petitioner,

v.

SHIRLEE HARRY,

       Respondent.

_____/

Case No. 1:17-cv-989

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED** under the concurrent sentencing doctrine or, alternatively, under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.


Dated: November 27, 2017             /s/ Paul L. Maloney_____
                                                                             Paul L. Maloney
                                                                             United States District Judge